FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TX
October 26, 2015
KEITH E. HOTTLE
CLERK OF THE COURT

### NO. CR13-1227

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE COUNTY COURT |
| | § | |
| vs. | § | AT LAW OF |
| | § | |
| ALBERTO AGUIRRE RENDON | § | KERR COUNTY, TEXAS |

## NOTICE OF APPEAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now comes Alberto Aguirre Rendon, Defendant in the above styled and numbered cause, and gives this written notice of appeal to the Court of Appeals of the State of Texas from the judgment of conviction and sentence herein rendered against Alberto Aguirre Rendon.

Respectfully submitted,

M. PATRICK MAGUIRE, P.C.
Attorney and Counselor
945 Barnett Street
Kerrville, Texas 78028
Tel: (830) 895-2590
Fax: (830) 895-2594

By: _____
M. Patrick Maguire
State Bar No. 24002515
mpmlaw@ktc.com
Attorney for Alberto Aguirre Rendon

Filed 16th Day of Oct A.D. 2015
REBECCA BOLIN, KERR CO. CLERK TIME 1:27pm
By _____ Deputy

## CERTIFICATE OF SERVICE

This is to certify that on October 6, 2015, a true and correct copy of the above and foregoing document was served on the County Attorney's Office, Kerr County, 700 Main Street, BA-103, Kerrville, Texas 78028, by hand delivery.

_____
M. Patrick Maguire